# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN BROWN,** | : |
| Plaintiff | : |
| | : **CIVIL ACTION NO. 3:13-0094** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **STANLEY BOHINSKI, et al.,** | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Corrections Defendant, Edward Salerno's motion to dismiss Plaintiff's complaint, (Doc. No. 25), is **GRANTED**.

2. The complaint against Defendants Jane and John Doe is **DISMISSED** for failure to identify these Defendants, and pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

3. The complaint against Defendant Stanley Bohinski, D.O. is **DISMISSED** for failure to substitute a representative for Bohinski's estate in accordance with Rule 25(a)(1), and pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 7, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0094-01-ORDER.wpd